spondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 03–1037. ANGLE, NEVADA STATE ASSEMBLY MEMBER, ET AL. *v.* GUINN, GOVERNOR OF NEVADA, ET AL. Sup. Ct. Nev. Motions of Initiative and Referendum Institute, Pacific Legal Foundation et al., and National Taxpayers Union et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 03–1040. WASHINGTON STATE GRANGE ET AL. *v.* WASHINGTON STATE DEMOCRATIC PARTY ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–1841. ZIDELL *v.* UNITED STATES, 540 U. S. 824;

No. 03–177. ELLISON *v.* SANDIA NATIONAL LABORATORIES ET AL., 540 U. S. 880;

No. 03–344. ULLMAN *v.* UNITED STATES, 540 U. S. 950;

No. 03–715. GAIN ET AL. *v.* WASHINGTON ET AL. (two judgments), 540 U. S. 1149;

No. 03–728. DIVILLY *v.* PORT AUTHORITY OF ALLEGHENY COUNTY, PENNSYLVANIA, 540 U. S. 1111;

No. 03–6479. KENNEY *v.* MENDEZ, WARDEN, ET AL., 540 U. S. 1163;

No. 03–7087. YOUNG *v.* GARCIA, WARDEN, 540 U. S. 1118;

No. 03–7665. NEVITT *v.* FITCH, JUDGE, DISTRICT COURT OF NEW MEXICO, CATRON COUNTY, 540 U. S. 1135; and

No. 03–7808. JOSHUA *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, 540 U. S. 1165. Petitions for rehearing denied.

No. 03–7531. IN RE BONTKOWSKI, 540 U. S. 1103. Petition for rehearing denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

MARCH 29, 2004

No. 03–9110. RASHID *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied,